AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ___DELAWARE___

UNITED STATES OF AMERICA
V.
ROSE A. VASQUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 07-10M-MPT

REDACTED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Rose A. Vasquez___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

theft of tax refunds, property of the United States

in violation of Title ___18___ United States Code, Section(s) ___641___

| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 7:30pm Bridgeville DE 19933

| DATE RECEIVED 1/17/07 | NAME AND TITLE OF ARRESTING OFFICER Thori Kutlik S/A | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST | | |