# FEDERAL PUBLIC DEFENDER
## DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Acting Federal Public Defender

**Eleni Kousoulis**
**Christopher S. Koyste**
Assistant Federal Public Defenders

**Moira McGuire Kulik**
Research and Writing Specialist

January 22, 2007

The Honorable Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    <u>United States of America v. Rose Vasquez</u>
            Criminal Action No.: 07-10-MPT

Dear Judge Thynge:

    Enclosed please find a Proposed Order, in the above-captioned matter. I have enclosed a floppy disk, upon which the document is titled as "Postpone Probable Cause Hearing", in the event that the Court desires to modify the Proposed Order.

                                      Respectfully submitted,

                                      Edson A. Bostic
                                      Acting Federal Public Defender

EAB/khs

    cc:    Robert F. Kravetz, AUSA
            (Hard copy only)