UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-10-MPT |
| ) | |
| ROSE VASQUEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The defendant, upon her initial appearance on a Complaint and Warrant on January 19, 2007, requested, pursuant to Fed. R. Crim. P. 5.1(d), the postponement of a Probable Cause Hearing for at least 30 days. The Court having considered the request, and noting no objection by the government, it is ORDERED that a Probable Cause Hearing is scheduled for _February 20_, 2007, at _9:00 a.m._.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc:  Defense Counsel
     United States Attorney



FILED

JAN 23 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE