IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07- 10m-MPT |
| ) | |
| ROSE A. VASQUEZ, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**

The United States Attorney for the District of Delaware charges that:

**Count 1**

On or about June 1, 2005, in the District of Delaware, Rose A. Vasquez, the defendant, willfully and knowingly did convert to her own use the tax refund, less than $1,000, of another person and the property of the United States, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-1-07

