

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  
1007 Orange Street, Suite 700  
P.O. Box 2046  
Wilmington, Delaware 19899-2046

(302) 573-6277  
FAX (302) 573-6220

February 1, 2007

Honorable Mary Pat Thynge  
United States Magistrate Court  
J. Caleb Boggs Federal Building  
844 King Street  
Wilmington, Delaware  19801

    Re:  **United States v. Rose A. Vasquez**  
         <u>**Case No. 07-10M-MPT**</u>

Dear Judge Thynge:

    The defendant is prepared to enter a guilty plea to the one count misdemeanor Information pursuant to the enclosed Memorandum of Plea Agreement.

                                  Respectfully submitted,

                                  COLM F. CONNOLLY  
                                  United States Attorney

                                By: _____  
                                  Edmond Falgowski  
                                  Assistant United States Attorney

pc:    Edson A. Bostic, Esquire

EF:slb  
Enclosures

FILED  
FEB  6 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-10M-MPT |
| | ) | |
| ROSE A. VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Rose A. Vasquez, by and through the defendant's attorney, Edson A. Bostic, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall plead guilty to a one count Information, charging theft of government property (misdemeanor), a violation of Title 18, United States Code, Section 641, which carries a maximum penalty of one year imprisonment, a $100,000 fine, one year supervised release, restitution, or any or all of the above, and a $25 special assessment.

2. The defendant agrees to pay the special assessment on the day of sentencing.

3. The United States agrees that in consideration of the defendant's timely guilty plea, the Government will not oppose a two point reduction in the Offense Level for the defendant's affirmative acceptance of responsibility, pursuant to Sentencing Guideline Section 3E1.1.

4. The defendant acknowledges that as a result of the conduct set forth in the Information, the defendant caused the United States to suffer losses totaling $8,566, for which the Court may order restitution. The defendant further agrees that the Court can order restitution for this amount despite the fact that the Information charges a theft of less than $1,000.

5. It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney

_____          By:_____
Edson A. Bostic, Esquire                     Edmond Falgowski
Attorney for Defendant                       Assistant United States Attorney


_____
Rose A. Vasquez
Defendant

Dated:

**AND NOW** this _____ day of _____, 2007, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

2