IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-10M-MPT |
| | ) | |
| ROSE A. VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Rose A. Vasquez, by and through the defendant's attorney, Edson A. Bostic, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall plead guilty to a one count Information, charging theft of government property (misdemeanor), a violation of Title 18, United States Code, Section 641, which carries a maximum penalty of one year imprisonment, a $100,000 fine, one year supervised release, restitution, or any or all of the above, and a $25 special assessment.

2. The defendant agrees to pay the special assessment on the day of sentencing.

3. The United States agrees that in consideration of the defendant's timely guilty plea, the Government will not oppose a two point reduction in the Offense Level for the defendant's affirmative acceptance of responsibility, pursuant to Sentencing Guideline Section 3E1.1.

4. The defendant acknowledges that as a result of the conduct set forth in the Information, the defendant caused the United States to suffer losses totaling $8,566, for which the Court may order restitution. The defendant further agrees that the Court can order restitution for this amount despite the fact that the Information charges a theft of less than $1,000.

5. It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

_____
Edson A. Bostic, Esquire
Attorney for Defendant

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

_____
Rose A. Vasquez
Defendant

Dated:

AND NOW this __26__ day of __April__, 2007, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

2