IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE # 07-10M-MPT |
| ROSE A. VASQUEZ | ) PLEASE DIRECT ALL INQUIRIES |
| | ) TO 573-6128 |
| Defendant. | ) |

NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for a **SENTENCING HEARING** before the Honorable Mary Pat Thynge, on **AUGUST 2, 2007 AT 2:00 PM** in Courtroom #6C, 6th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 7/30/07

To: Rose A. Vasquez

cc: counsel